UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SANDHU,<br><br>        Plaintiff,<br><br>   v.<br><br>THOMAS LYNCH, et al.,<br><br>        Defendants. | Case No. 16-cv-01456-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re:  Docket No. 12)** |

Based on the parties' joint case management statement[1] and last week's case management conference,[2]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is July 14, 2016.

IT IS FURTHER ORDERED that the parties participate in mediation.  The parties shall contact the ADR Unit within 14 days to make the necessary arrangements.

IT IS FURTHER ORDERED that discovery disputes in this case will be resolved through teleconference hearings, if possible, instead of formal motion practice.  If a discovery dispute arises, the parties should contact the court through the courtroom deputy and inform the court about the nature of the dispute.  The courtroom deputy will schedule a teleconference with the

---

[1] *See* Docket No. 12.

[2] *See* Docket No. 13.

court.  If necessary, the court will set a briefing schedule before or after the hearing.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Fact Discovery Cut-Off | December 1, 2016 |
| Disclosure of Experts and Reports | December 22, 2016 |
| Disclosure of Rebuttal Experts and Reports | January 5, 2017 |
| Expert Discovery Cut-Off | January 19, 2017 |
| Dispositive Motions Filing Deadline | January 19, 2017 |
| Dispositive Motions Hearing | February 28, 2017 at 10:00 AM |
| Pre-Trial Conference | May 2, 2017 at 10:00 AM |
| Jury Trial | May 22, 2017 at 9:30 AM |

**SO ORDERED.**

Dated: May 9, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge