UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SANDHU,<br>   Plaintiff,<br>  v.<br>THOMAS LYNCH, et al.,<br>   Defendants. | Case No. 16-cv-01456-SK<br><br>**ORDER (1) SETTING A HEARING DATE AND (2) DIRECTING DEFENDANTS TO SHOW CAUSE**<br><br>Regarding Docket Nos. 14, 16, and 17 |

  Plaintiff Sean Sandhu ("Sandhu") filed the following two motions on May 4, 2016 against Defendant and Counter-Plaintiff Bhogart, LLC': (1) motion to dismiss counter-claims and (2) motion to strike punitive damages.  On May 4, 2016, Sandhu also filed a motion against Bhogart and Defendant Thomas Lynch IV (collectively, "Defendants") to strike affirmative defenses. Pursuant to Northern District Civil Local Rules 7-3(a), the opposition briefs were due by May 18, 2016.  To date, no opposition briefs have been filed.

  Therefore, Defendants are HEREBY ORDERED TO SHOW CAUSE ("OSC") in writing, by no later than June 15, 2016, why the pending motions should not be granted in light of their failure to file timely opposition briefs or statements of non-opposition.  If Defendants seek to file substantive responses to Sandhu's motions, Defendants must demonstrate good cause for failing to file their opposition briefs in a timely fashion.  If Defendants fail to file a response to the OSC by June 15, 2016, the Court shall deem the motions as unopposed.  If Defendants seek to file opposition briefs and demonstrate good cause, the Court will permit Sandhu to file reply briefs.

///

///

///

The Court notes that the noticed hearing date was vacated by the Reassignment Order and, thus, HEREBY RESETS the hearing on these three pending motions for July 20, 2016 at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: June 8, 2016

_____
SALLIE KIM
United States Magistrate Judge