United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SANDHU,<br><br>        Plaintiff,<br><br>    v.<br><br>THOMAS LYNCH, et al.,<br><br>        Defendants. | Case No. 16-cv-01456-SK<br><br>**ORDER (1) DISCHARGING ORDER TO SHOW CAUSE AGAINST DEFENDANTS AND (2) ISSUING ORDER TO SHOW CAUSE AGAINST COUNSEL**<br><br>Regarding Docket No. 27 |

The Court has received the response to the Order to Show Cause ("OSC") filed by Defendant and Counter-Plaintiff Bhogart, LLC and Defendant Thomas Lynch IV (collectively, "Defendants"). Counsel for Defendants, Drew Teti, explains he mistakenly calendared the due date for the amended answer and counterclaims. He states that it was his "rookie" mistake and pleads that his clients not be punished for his mistake. The Court notes that counsel graduated from a well-respected law school and was admitted to the bar almost seven years ago. He is not a new attorney and should be familiar with the Federal Rules of Civil Procedure and the Northern District Civil Local Rules. The Court will accept the late filed amended answer and counterclaims so as not to punish clients for their lawyer's mistake. However, counsel is admonished that future failures to follow the Federal Rules of Civil Procedure and/or the Northern District Civil Local Rules will be sanctioned more harshly.

The Court Orders Defendants' counsel to Show Cause ("OSC") in writing, by no later than June 27, 2016, why he should not be personally sanctioned in the amount of $100 or, in the alternative, be required to attend a continuing legal education course on the Federal Rules of Civil Procedure. In his response to the OSC, counsel shall state which alternative he prefers. If

1  Defendants' counsel chooses to attend a continuing legal education course on the Federal Rules of
2  Civil Procedure, the Court will set a deadline for compliance and submission of proof of
3  completion to the Court.
4      **IT IS SO ORDERED**.
5  Dated: June 16, 2016

*[signature: Sallie Kim]*

SALLIE KIM
United States Magistrate Judge