UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SANDHU,<br>   Plaintiff,<br>  v.<br>THOMAS LYNCH, et al.,<br>   Defendants. | Case No.  16-cv-01456-SK<br><br>**ORDER TO PAY SANCTIONS**<br><br>Regarding Docket No. 35 |

  The Court is in receipt of Mr. Teti's Declaration in Response to Order to Show Cause and hereby orders Mr. Teti to pay $100.00 to the Clerk of this Court no later than July 31, 2016.

  **IT IS SO ORDERED**.

Dated: June 27, 2016

_____
SALLIE KIM
United States Magistrate Judge