# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SANDHU,<br><br>        Plaintiff,<br><br>    v.<br><br>THOMAS LYNCH, et al.,<br><br>        Defendants. | Case No.  16-cv-01456-SK<br><br>AMENDED ORDER REGARDING MOTIONS TO DISMISS, STRIKE AND FOR JUDICIAL NOTICE<br><br>Regarding Docket No. 46 |

On August 3, 2016, this Court issued an order granting in part and denying in part, Plaintiff and Counter-Defendant's motions to dismiss, strike, and for judicial notice. (Dkt. 46.) In the order, the Defendant and Counter-Claimant's counter-claims for trespass and fraud were dismissed with leave to amend. The Court's order is hereby amended to include a **deadline of no more than ten days** from date of this amended order to file any amendment to the aforementioned counter-claims.

**IT IS SO ORDERED**.

Dated: August 5, 2016



_____
SALLIE KIM
United States Magistrate Judge