UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SANDHU,<br>　　　　Plaintiff,<br>　v.<br>THOMAS LYNCH, et al.,<br>　　　　Defendants. | Case No. 16-cv-01456-SK<br><br>**ORDER TO SHOW CAUSE** |

On September 11, 2017, the Court continued the further case management conference to November 13, 2017 and ordered that a further case management statement was due to be filed by November 6, 2017. Defendant and Counter-Plaintiff Bhogart, LLC and Defendant Thomas Lynch IV (collectively, "Defendants") did not file a further case management statement or appear for the case management conference. Defendants' counsel apparently informed Plaintiff that they believed that they had been relieved as counsel and therefore did not plan to attend. However, only after counsel moves to withdraw as counsel of record, and only after the Court grants such a request, can counsel withdraw. Otherwise, counsel remains counsel of record, with a duty to comply with all Court orders and deadlines. The Court hereby issues an ORDER TO SHOW CAUSE why Defendants' counsel should not be sanctioned in the amount of $500 for failure to appear and for failing to submit a Case Management Conference statement. Defendants' counsel shall show cause in writing to be filed no later than November 27, 2017.

**IT IS SO ORDERED**.

Dated: November 14, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　Sallie Kim
　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge